**LATHAM & WATKINS LLP**
MARK S. MESTER (admitted pro hac vice)
KATHLEEN P. LALLY (admitted pro hac vice)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993-9767
mark.mester@lw.com
kathleen.lally@lw.com

**LATHAM & WATKINS LLP**
MICHAEL J. REISS (SBN 275021)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
michael.reiss@lw.com

Counsel for Defendants Masco Corporation,
Behr Process Corporation and Behr Paint Corp.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAMILTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEHR PROCESS CORP.; BEHR PAINT CORP.; MASCO CORP.; THE HOME DEPOT, INC.; and HOME DEPOT U.S.A., INC.,<br><br>Defendants. | Case No.: 2:17-cv-01765-KJM-EFB<br><br>**STIPULATION STAYING CASE PENDING CONSIDERATION OF NATIONWIDE CLASS SETTLEMENT FILED IN RELATED CASE AND ORDER** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION STAYING CASE PENDING CONSIDERATION OF
NATIONWIDE CLASS SETTLEMENT IN RELATED CASE AND ORDER
CASE NO. 2:17-cv-01765-KJM-EFB

Plaintiff Michael Hamilton ("Plaintiff"), Defendants Home Depot, Inc., and The Home Depot, U.S.A., Inc. (collectively, "Home Depot"), and Defendants Behr Paint Corp., Behr Process Corporation and Masco Corporation (collectively, "Behr" and together with Plaintiff and Home Depot, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, in late 2017 Behr represented that it had reached an agreement in principle with respect to the substantive relief in a nationwide class action settlement with plaintiffs in three actions before other district courts (Anderson v. Behr Process Corp., Case No. 1:17-cv-08735 (N.D. Ill.); Bishop v. Behr Process Corp., Case No. 1:17-cv-04464 (N.D. Ill.); and In re Behr, Case No. 8:17-cv-01016 (C.D. Cal.)) that it represented would resolve all claims in this action against all Defendants, contingent upon finalizing a mutually-agreeable, written settlement agreement and of course, preliminary and final approval (see Behr Mem. in Opp. to Mot. for Transfer and Consolidation, In re: Behr DeckOver Marketing and Sales Practices Litigation, MDL No. 2821 (Dkt. #30) at 1-2 (hereinafter, the "MDL"); Order Denying Transfer (MDL Dkt. #53) at 1));

WHEREAS, on May 1, 2018, plaintiffs in Bishop filed an amended complaint that incorporated the named plaintiffs in In re Behr and Anderson (the "Bishop Complaint") (see Am. Compl. (Bishop Dkt. #60) at ¶¶ 7-39);

WHEREAS, on May 3, 2018 plaintiffs in Bishop filed a motion for preliminary approval of a class action settlement that Defendants believe will resolve all claims made in the above-captioned action against all Defendants (see Bishop Settlement (Bishop Dkt. #61, 61-1) at passim);

WHEREAS, Defendants expect that the Bishop court will consider the motion for preliminary approval on May 15, 2018 (see Notice of Motion (Bishop Dkt. #67) at 1);

WHEREAS, a district court "may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION STAYING CASE PENDING CONSIDERATION OF
NATIONWIDE CLASS SETTLEMENT IN RELATED CASE AND ORDER
2   CASE NO. 2:17-cv-01765-KJM-EFB

it, pending resolution of independent proceedings which bear upon the case" (Levya v. Certified Grocers of California, 593 F.2d 857, 863 (9th Cir. 1979));

WHEREAS, in considering whether a stay is appropriate, a district court should consider (1) the possible prejudice that may result from granting a stay, (2) the hardship or inequity a party may suffer in being required to go forward, and (3) the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law expected to result from a stay (see id. at 864; CMAX, Inc. v. Hall, 300 F.2d 265, 268 (9th Cir. 1962));

WHEREAS, no Party would suffer any hardship if this case was stayed pending consideration of the Bishop Settlement, as Plaintiff and all members of the proposed class in this case would have the right to participate in the settlement or opt out of it and pursue his or her own litigation, and if Plaintiff or any member of the proposed class opts out of the Bishop Settlement, any stay would be limited (see Amchem Prods. v. Windsor, 521 U.S. 591, 597 (1997));

WHEREAS, all Parties would otherwise face the prospect of incurring substantial litigation costs (see Annunziato v. eMachines Inc., 2006 U.S. Dist. LEXIS 97020, *15-16 (C.D. Cal. 2006) ("[I]f the Ohio state court approves the preliminary settlement, [litigants] would be saved from hundreds of hours spent on discovery and briefing in proceeding with this case…. this Court finds efficiency is best achieved by granting a … stay.");

WHEREAS, courts in the Ninth Circuit and across the country routinely stay actions pending the review and approval of class settlements in other district courts that would resolve all claims brought in those actions (see Annunziato, 2006 U.S. Dist. LEXIS 97020, at *15-16; see also Albert v. Blue Diamond Growers, 232 F. Supp. 3d 509 (S.D.N.Y. 2017); Ali v. Wells Fargo Bank, N.A., 2014 U.S. Dist. LEXIS 26670, *7-9 (W.D.Okla. 2014); Lindley v. Life Investors Ins. Co. of America, 2009 U.S. Dist. LEXIS 94623, *11 (N.D.Okla. 2009); In re RC2 Corp.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION STAYING CASE PENDING CONSIDERATION OF NATIONWIDE CLASS SETTLEMENT IN RELATED CASE AND ORDER
CASE NO. 2:17-cv-01765-KJM-EFB
3

Toy Lead Paint Products Liability Litigation, MDL No. 1893, 2008 U.S. Dist. LEXIS 14121, *13-14 (N.D.Ill. 2008);

WHEREAS, the Parties have agreed that a stay of this action is appropriate pending disposition of the motion for preliminary approval in Bishop, et al., v. Behr Process Corporation, et al., Case No. 1:17-cv-04464 (N.D. Ill.), and, if preliminary approval is granted, through the disposition of any forthcoming motion for final approval;

NOW THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, that:

1. This case shall be stayed pending resolution of the motion for preliminary approval in Bishop, et al., v. Behr Process Corporation, et al., Case No. 1:17-cv-04464 (N.D. Ill.), and, if preliminary approval is granted, through the disposition of any forthcoming motion for final approval;

2. Behr shall file a Status Report by July 13, 2018, and every 60 days thereafter, reporting on the progress of preliminary approval, notice, and final approval.

Dated: May 11, 2018

Respectfully submitted,

*/s/ Kathleen P. Lally*
One of the Attorneys for Defendants

Mark S. Mester (Pro Hac Vice)
   mark.mester@lw.com
Kathleen P. Lally (Pro Hac Vice)
   kathleen.lally@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION STAYING CASE PENDING CONSIDERATION OF NATIONWIDE CLASS SETTLEMENT IN RELATED CASE AND ORDER
CASE NO. 2:17-cv-01765-KJM-EFB

4

| | |
|---|---|
| 1 | |
| 2 | Michael J. Reiss (SBN 275021) |
| | michael.reiss@lw.com |
| 3 | LATHAM & WATKINS LLP |
| | 355 South Grand Avenue, Suite 100 |
| 4 | Los Angeles, CA 90071-1560 |
| | Telephone: (213) 485-1234 |
| 5 | Facsimile: (213) 891-8763 |
| 6 | |
| 7 | Attorneys For Defendants Behr Paint Corp., Behr Process Corporation, and Masco Corporation |
| 8 | |
| 9 | |
| 10-28 | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION STAYING CASE PENDING CONSIDERATION OF
NATIONWIDE CLASS SETTLEMENT IN RELATED CASE AND ORDER
CASE NO. 2:17-cv-01765-KJM-EFB

5

| | |
|---|---|
| Dated: May 11, 2018 | */s/ Jeffrey K. Douglass* |
| | (as authorized on May 11, 2018) |

MORRIS, MANNING &MARTIN, LLP
Robert P. Alpert (Pro Hac Vice)
Jeffrey K. Douglass (Pro Hac ice)
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
Tel: (404) 504-7692
Fax: (404) 365-9532
rpa@mmmlaw.com
jkd@mmmlaw.com

DOWNEY BRAND LLP
William R. Warne (SBN 141280)
bwarne@downeybrand.com
Avalon C. Fitzgerald (SBN 288167)
afitzgerald@downeybrand.com
621 Capito Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Fax: (916) 444-2100

Attorneys for Defendants The Home
Depot, Inc. and Home Depot U.S.A., Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION STAYING CASE PENDING CONSIDERATION OF
NATIONWIDE CLASS SETTLEMENT IN RELATED CASE AND ORDER
CASE NO. 2:17-cv-01765-KJM-EFB

6

| | |
|---|---|
| Dated: May 11, 2018 | */s/ Sean Clinton Woods*<br>(as authorized on May 11, 2018) |
| | Michael McShane (SBN 127944)<br>Ling Y. Kuang (SBN 246054)<br>Sean Clinton Woods (SBN 296873)<br>Audet & Partners, LLC<br>711 Van Ness Ave., Suite 500<br>San Francisco, CA 94102<br>mmcshane@audetlaw.com<br>lkuang@audetlaw.com<br>cwoods@audetlaw.com<br>Tel: 415) 568-2555<br>Fax: (415) 568-2556 |
| | Melissa S. Weiner (Pro Hac Vice)<br>Halunen Law<br>80 South Eighth Street<br>1650 IDS Center<br>Minneapolis, MN 55402<br>Tel: (612) 605-4098<br>Fax: (612) 605-4099<br>weiner@halunenlaw.com |
| | Charles E. Schaffer (Pro Hac Vice)<br>Levin Sedran & Berman<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br>215-592-1500<br>Fax: 215-592-4663<br>Email: cschaffer@lfsblaw.com |
| | Charles LaDuca<br>Cuneo Gilbert & LaDuca LLP<br>4725 Wisconsin Avenue, NW<br>Suite 200<br>Washington, DC 20016<br>Tel: (202)789-3960<br>Fax: (202) 789-1813 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION STAYING CASE PENDING CONSIDERATION OF
NATIONWIDE CLASS SETTLEMENT IN RELATED CASE AND ORDER
7 CASE NO. 2:17-cv-01765-KJM-EFB

charles@cuneolaw.com

Attorneys for Plaintiff and the
Proposed Class

# ORDER

It is ORDERED that:

1. This case is stayed pending resolution of the motion for preliminary approval in <u>Bishop, et al., v. Behr Process Corporation, et al.</u>, Case No. 1:17-cv-04464 (N.D. Ill.), and, if preliminary approval is granted, through the disposition of any forthcoming motion for final approval; and

2. Behr shall file a Status Report by July 13, 2018, and every 60 days thereafter, reporting on the progress of preliminary approval, notice, and final approval.

It is so ordered.

DATED: May 14, 2018.

_____
UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

8

STIPULATION STAYING CASE PENDING CONSIDERATION OF
NATIONWIDE CLASS SETTLEMENT IN RELATED CASE AND ORDER
CASE NO. 2:17-cv-01765-KJM-EFB